**U.S. Bankruptcy Court**
**District of Massachusetts**

In Re:                                                          Case No: 17-41418 CJP
                                                                Chapter 13
Lyndsey Beth Martineau
Peter Roland Martineau, Jr.

    Debtor

### Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 8/1/17, the Debtor having failed to file all the required documents timely, (Matrix) it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date:  August 9, 2017

_____
Bankruptcy Judge


c:     Debtor
       Debtor's counsel
       Trustee